IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS HOLMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRAMMELL-CROWE CO. | : | NO.  03-3603 |

## CIVIL JUDGMENT

Before the Honorable JACOB P. HART

     AND NOW, this 18th   day of March, 2005, in accordance with jury verdict in favor of defendant, Trammell-Crowe Co.,

     IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendant, TRAMMELL-CROWE CO. and against plaintiff, THOMAS HOLMAN.


BY THE COURT

ATTEST:


Deputy Clerk


Civ 1 (8/80)